

# Fourth Court of Appeals
## San Antonio, Texas

July 15, 2016

No. 04-16-00326-CV

**IN THE INTEREST OF D.C., A CHILD,**

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-PA-01427
Honorable Barbara Hanson Nellermoe, Judge Presiding

## O R D E R

The Appellant's Motion for Extension of Time to File Brief is GRANTED. Time is extended to August 2, 2016. **FURTHER EXTENSIONS OF TIME ARE DISFAVORED.**

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of July, 2016.

_____
Keith E. Hottle
Clerk of Court